UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 0 2009
J. T. NOBLIN, CLERK
BY_____ DEPUTY

In re:

UNCLAIMED FUNDS ACCOUNT
U.S. District Court Clerk's Office

4:01CR3

## ORDER DIRECTING PAYMENT

WHEREAS the above-numbered account represents restitution which have been unclaimed by victims to whom they have been allocated and whereas from time to time the appropriate victim might appear for purposes of claiming the restitution, and whereas this Court has been shown to its satisfaction that, REBECCA GILBERT is entitled to an unclaimed restitution in the amount of $583.00.

NOW it is ORDERED, that the United States District Clerk's Office, by check, pay to REBECCA GILBERT, Tax I.D.# 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 in the amount of $583.00 as such person's unclaimed restitution from the UNCLAIMED FUNDS Account.

Dated this the 20th day of February, 2009.

_____
U.S. DISTRICT JUDGE